389 A.2d 167

Commonwealth v. Gilliam, Appellant.

Submitted September 12, 1977. Joseph M. Miller, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Shelley Robins New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

522

HOFFMAN, J., dissents.

WATKINS, former P. J., did not participate in the consideration or decision of this case.